SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, ANA VENTURA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>Plaintiff,<br><br>vs.<br><br>TUNG THANH NGUYEN SR. D/B/A NAIL & FACIAL SALON; LAI SISTERS INVESTMENTS, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 8:23-cv-01689 CJC (KESx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Ana Ventura ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: November 13, 2023         SO. CAL EQUAL ACCESS GROUP

                                  _/s/ Jason J. Kim_
                                  JASON J. KIM
                                  Attorney for Plaintiff